# PD-0203-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 03 2015
jfb
Abel Acosta. Clerk

~~82,071 01~~

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TX, 78711

RE.: WR-82,671-01 (PD-0203-15)

DEAR CLERK:

CONCERNING THE LAST CORRESPONDENCE, SEPT.15, 2015, (P.D.R.), AND ONE BEFORE, SEPT. 7, ANNO DOMINI 2015, (MOTIONS) I MADE CERTIFICATES OF SERVICE TO THE STATE PROSECUTING ATTORNEY, P.O. BOX 12405, CAPITOL STATION, AUSTIN, TX, 78711. HOWEVER, BOTH MAILINGS WERE RETURNED! RETURN TO SENDER, UNABLE TO FORWARD.

THE 2015 TEXAS RULES OF COURT DOES NOT GIVE THE "NEW" ADDRESS.

FILED IN
COURT OF CRIMINAL APPEALS
NOV 03 2015
"Abel Acosta, Clerk

PLEASE FURNISH ME WITH THIS "NEW" ADDRESS. I PRAY THIS MOVE HAS NOT CONTRIBUTED IN ANY WAY TO THE COURT'S REFUSAL OF MY REDRAWN, OUT-OF-TIME, PETITION FOR DISCRETIONARY REVIEW.

THANK YOU FOR YOUR ASSISTANCE IN THIS MATTER.

SINCERELY,

PRO SE APPELLANT, PETITIONER
ALEX S. CRANK, II
T.D.C.J. # 01559591
3872 F.M. 350 So. —POLUNSKY UNIT
LIVINGSTON, TX 77351

OCT. 28, ANNO DOMINI 2015

DATED